ACCEPTED
03-15-00285-CV
5578824
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 10:50:04 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00285-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 10:50:04 AM
JEFFREY D. KYLE
Clerk

**VOLKSWAGEN GROUP OF AMERICA, INC.
AND AUDI OF AMERICA, INC.**

Appellants

vs.

**JOHN WALKER III, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF
THE TEXAS DEPARTMENT OF MOTOR VEHICLES BOARD, AND THE
HONORABLE MICHAEL J. O'MALLEY AND THE HONORABLE
PENNY A. WILKOV, IN THEIR OFFICIAL CAPACITIES AS
ADMINISTRATIVE LAW JUDGES FOR THE STATE OFFICE OF
ADMINISTRATIVE HEARINGS**

Appellees

On Appeal from the 201st Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-15-001186
Honorable Amy Clark Meachum, Presiding Judge

**APPELLANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**
_____

This first unopposed motion for extension of time to file Appellants' Brief is

filed by Volkswagen Group of America, Inc. and Audi of America, Inc.

1. No rule limits the time within which to file this motion to extend. *See*

Tex. R. App. P. 38.6(d).

2. The Court has the authority under Tex. R. App. P. 38.6(d) to grant

Appellants additional time to file their brief.

3. Appellants' Brief is currently due on June 17, 2015.

4.     Appellants request an additional 14 days to file their brief, extending the time until July 1, 2015.  No previous extension of time has been granted for the filing of Appellants' Brief.

5.     Appellants require an additional 14 days to file their Appellants' Brief because S. Shawn Stephens and James P. Sullivan of the firm of King & Spalding were very recently engaged by Appellants as appellate counsel and require an extension to become familiar with the record and the case.  More importantly, they are engaged in a number of other legal proceedings that will require substantial amounts of their time and will prevent them from completing Appellants' Brief before July 1, 2015, including the following briefing deadlines:

- *Amedisys, Inc. v. Public Employees' Retirement System of Mississippi*, Cause No. 14-1200 in the Supreme Court of the United States — Reply brief in support of certiorari petition due June 9, 2015;

- *Occidental Chemical Corp. v. LPSC*, Cause No. 15-30100 in the United States Court of Appeals for the Fifth Circuit — Appellant's brief due June 15, 2015;

- *Pettinati v. Henry*, Cause No. 2015-CI-05672 in the District Court for the 224th Judicial District of Bexar County, Texas — Motion due June 16, 2015;

- *United Parcel Service, Inc. and Roland Leal v. Robert Scott Rankin, Individually, Rachelle Rankin, Individually, and as Next Friend of*

*Avery Rankin, a Minor, as Next Friend of Kara Rankin, a Minor, and as Next Friend of Samuel Rankin, a Minor*, No. 04-14-00494-CV, In the Fourth Court of Appeals, San Antonio, Texas — Post trial and appellate deadlines beginning June 18, 2015;

- *EEOC v. Bass Pro Outdoor World, L.L.C.*, Cause No. 15-20078 in the United States Court of Appeals for the Fifth Circuit — Appellant's brief due June 19, 2015; and

- *City of Pontiac General Employees' Retirement System v. Hanger, Inc.*, Cause No. 1:14-cv-1026 in the United States District Court for the Western District of Texas — Motion to due June 29, 2015.

### Prayer

For these reasons, Appellants ask the Court to grant a 14 day extension of time to file their Appellants' Brief until July 1, 2015, and for such further relief to which they have shown themselves entitled.

Respectfully submitted,

**KING & SPALDING LLP**


By: /s/ S. Shawn Stephens
S. Shawn Stephens
Texas Bar No. 19160060
sstephens@kslaw.com
James P. Sullivan
Texas Bar No. 24070702
jsullivan@kslaw.com
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Billy M. Donley
Texas Bar No. 05977085
Mark E. Smith
Texas Bar No. 24070639
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile:  (713) 751-1717

*Attorneys for Appellants*
*Volkswagen Group of America, Inc.*
*and Audi of America, Inc.*

4

## CERTIFICATE OF CONFERENCE

As required by TEX. R. APP. P. 10.1, I conferred with counsel for Appellees. Counsel for Appellees have communicated to me that they do not oppose this motion for extension of time.

/s/ S. Shawn Stephens
S. Shawn Stephens

## CERTIFICATE OF SERVICE

I certify that on June 8, 2015, I used the Court's electronic case filing system to file this Motion for Extension of Time to File Appellants' Brief and to serve this document on counsel for appellees as follows:

Dennis M. McKinney
Kimberly Fuchs
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711

J. Bruce Bennett
Cardwell, Hart & Bennett, LLP
807 Brazos, Suite 1001
Austin, Texas 78701

Leon V. Komkov
Komkov, PC
807 Brazos, Suite 1001
Austin, Texas 78701

William R. Crocker
Attorney at Law
807 Brazos, Suite 1014
Austin, Texas 78701

/s/ S. Shawn Stephens
S. Shawn Stephens